| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Robert Haris<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2533<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7   10/11/18 |
| Case number: | 18–30298–KCF | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Haris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9 Genek Court<br>Freehold, NJ 07728 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert H. Johnson<br>Robert H. Johnson, LLC<br>1818 Old Cuthbert Road<br>Suite 107<br>Cherry Hill, NJ 08034 | Contact phone 856–298–9328 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 10/12/18 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 7, 2018 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 1/7/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-30298-KCF
Robert Haris                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 12, 2018
                              Form ID: 309A            Total Noticed: 29

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Robert Haris,    9 Genek Court,    Freehold, NJ 07728-2976
517808372      +359 Rt 22 East LLC,    117 Fleming Street,    Piscataway, NJ 08854-3350
517808375      +Ascentium Capital,    23970 Highway 59N,    Kingwood, TX 77339-1535
517808379      +CBNA,    Po Box 6497,   Sioux Falls, SD 57117-6497
517808380      +CFO Financial Partners,    c/o The Throne Law Firm, LLC,    16-00 State Rt. 208, Ste 302,
                 Fair Lawn, NJ 07410-2506
517808378      +Capital One,    PO Box 60024,    New Orleans, LA 70160-0024
517808384      +EZ Pass,    P.O. Box 4971,    Trenton, NJ 08650-4971
517808385      +Fintech Strategies,    3109 W. Dr. Martin Luther King Jr. Blvd,,    Tampa, FL 33607-6260
517808387      +Grand Bank,    2297 Highway 33,    Trenton, NJ 08690-1717
517808388      +Hill Wallack LLP,    21 Roszel Road,    Princeton, NJ 08540-6205
517808390      +Nicoll Davis & Spinella LLP,    95 Route 17 South, Suite 316,    Paramus, NJ 07652-2626
517808391      +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
517808392       RPD Executive Coach,    336 Route 22E,    Dunellen, NJ 08812
517808394      +TD Bank,    PO Box 1470,    Minneapolis, MN 55440-1470
517808396      +United Poles FCU,    412 New Brunswick Ave,    Perth Amboy, NJ 08861-3970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecfmail@rhjlaw.com Oct 13 2018 00:14:00     Robert H. Johnson,
                 Robert H. Johnson, LLC,    1818 Old Cuthbert Road,    Suite 107,    Cherry Hill, NJ  08034
tr             +EDI: QTJORR.COM Oct 13 2018 03:33:00      Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517808373      +EDI: GMACFS.COM Oct 13 2018 03:33:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
517808374      +EDI: AMEREXPR.COM Oct 13 2018 03:33:00      American Express,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
517808376      +E-mail/Text: bankruptcy@bfscapital.com Oct 13 2018 00:15:15      Business Financial Services,
                 3301 No. University Dr. Ste 300,    Coral Springs, FL 33065-4149
517808377       EDI: CAPITALONE.COM Oct 13 2018 03:33:00      Capital One,    15000 Capital One Drive,
                 Richmond, VA 23285
517808381      +EDI: CITICORP.COM Oct 13 2018 03:33:00      CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
517808382      +EDI: WFNNB.COM Oct 13 2018 03:33:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
517808383       EDI: DISCOVER.COM Oct 13 2018 03:33:00      Discover,    PO Box 15316,    Wilmington, DE 19850
517808386      +EDI: COLLECTCORP.COM Oct 13 2018 03:33:00      Gatestone,    Po Box 101928,
                 Birmingham, AL 35210-6928
517808389      +EDI: TSYS2.COM Oct 13 2018 03:33:00     Macy's,    PO Box 8218,    Mason, OH 45040-8218
517808393      +EDI: RMSC.COM Oct 13 2018 03:33:00      Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517808395          Thomas Mascia
517808397       ##+Zwicker & Associates,    1101 Laurel Oak Ave, Ste 130,    Voorhees, NJ 08043-4322
                                                                                 TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Oct 12, 2018
                              Form ID: 309A             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```