Certificate Number: 17572-NJ-DE-032041544

Bankruptcy Case Number: 18-30298



17572-NJ-DE-032041544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2018</u>, at <u>8:08</u> o'clock <u>AM PST</u>, <u>Robert Haris</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 17, 2018</u>          By:   <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:   <u>Counselor</u>